Jacqueline R. Barrett, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Tel: 215-995-2800
Jacqueline.Barrett@ogletree.com
*Attorneys for Kinder Morgan, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLAN B. JOHNSON, <br><br>  Plaintiff, <br><br> v. <br><br> KINDER MORGAN, INC.; and JOHN DOES 1-5 AND 6-10 <br><br>  Defendants. | Civ. Action No. 23-cv-4330 <br><br> **DEFENDANT KINDER MORGAN, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Kinder Morgan, Inc. ("KMI"), by and through its undersigned counsel, makes the following disclosure:

KMI is a publicly-traded corporation (NYSE: KMI). KMI has no corporate parent and there are no publicly held corporations that own 10% or more of KMI's stock.

KMI understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH**
**SMOAK & STEWARD, P.C.**

*/s/ Jacqueline R. Barrett*

Dated:  August 11, 2023

Jacqueline R. Barrett
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on this 11th day of August, 2023, a true and correct copy of the foregoing Defendant's Corporate Disclosure Statement was electronically filed with the Clerk of Court and is available for viewing and downloading from the ECF system.  I further certify that the foregoing was served by electronic mail upon:

> Kevin M. Costello
> COSTELLO & MAINS, LLC
> 18000 Horizon Way, Suite 800
> Mount Laurel, New Jersey 08054
> kcostello@costellomains.com
> Attorneys for Plaintiff

                By: */s/ Jacqueline R. Barrett*
                      Jacqueline R. Barrett